No. 10–5068. DE LA CRUZ SUAREZ, AKA DE LA CRUZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5069. CORREA v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–5071. CRAVEN v. COURT OF APPEALS OF TEXAS, SECOND DISTRICT. Sup. Ct. Tex. Certiorari denied.

No. 10–5072. DEMLING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5073. EVERSON v. MURPHY, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–5074. ROWLAND v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5075. HARBST v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–5076. GOLD v. SCHUETTE. C. A. 9th Cir. Certiorari denied.

No. 10–5077. HONEYCUTT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5079. GURSKI v. OUTLAW, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–5080. GARCIA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–5081. HEMPHILL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 10–5083. MARTIN v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 10–5084. MODDISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.